UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   : 00-8662-CIV-RYSKAMP
JUDGE      : KENNETH L. RYSKAMP
TRIAL DATE: 06/2001

CAVANAUGH

    Plaintiff(s),    **MEDIATORS REPORT**

vs.

NCCI

    Defendant(s).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMES NOW Donald J. Spero, Esq., the undersigned certified Mediator from **FLORIDA MEDIATION GROUP** and reports to this Honorable Court:

The Mediation was held on: 04-30-2001 10:30.

   ✓    AN AGREEMENT WAS REACHED.

   ____    Mediation Agreement attached, with the parties consent.

____ No Agreement was reached; Impasse.

____ The parties wish to continue settlement negotiations and may reconvene for a Continuation of the Mediation. Notice of the date, time and place shall be furnished to the parties and filed with the court. If no Notice of Mediation Agreement or Post-Mediation Agreement is filed on or before ____/____/____/ this matter shall be considered at an Impasse.

____ A Post-Mediation Settlement was reached, as per information received on ___/___/___, from _____.

____ Other:_____

_____.

_____
Certified Mediator, **FLORIDA MEDIATION GROUP - FMG# 0-44589**

( )                              ( )
28 W. Flagler St.                800 E. Broward Blvd.
10th Floor                       Suite 400
Miami, FL. 33130                 Ft. Lauderdale, FL. 33301
(305) 579-9990                   (954) 522-9991

Copies to:
Clerk of Court
Counsel of record
Parties, (if unrepresented)

5/2/2001

medrept.fed